# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | 2:18-mj-0211-PAL |
| Morgan Rockcoons, aka: Morgan Rockwell, aka: Metaballo | Case Number: 17cr3690-AJB |

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Morgan Rockcoons___
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1956(a)(3)(B) - Laundering of Monetary Instruments
18:1960(a) - Operation of Unlicensed Money Transmitting Business
18:982 - Criminal Forfeiture

2017 NOV 8 PM 3 09  RECEIVED SOUTHERN U.S. MARSHAL DISTRICT OF

In violation of Title ___See Above___ United States Code, Section(s) ___

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ L. Cervantes    L. CERVANTES (SEAL) | 11/08/2017, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___ by ___The Honorable Bernard G. Skomal___
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

```
                                                    F I L E D

                                                17 NOV -8 PM 2:44

                                                [illegible court stamp]

                                                    LC        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

2:18-mj-0211-PAL

| UNITED STATES OF AMERICA, | Case No. **17 CR 3690 AJB** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | |
| MORGAN ROCKCOONS,<br>  aka "Morgan Rockwell,"<br>  aka "Metaballo," | Title 18, U.S.C.,<br>Sec. 1956(a)(3)(B) – Laundering of Monetary Instruments;<br>Title 18, U.S.C., Sec. 1960(a) – Operation of Unlicensed Money Transmitting Business; Title 18, U.S.C., Sec. 982 – Criminal Forfeiture |
| Defendant. | |

The grand jury charges:

### Count 1

[18 U.S.C. § 1956(a)(3)(B)]

From on or about December 30, 2016 through on or about January 8, 2017, within the Southern District of California and elsewhere, defendant MORGAN ROCKCOONS, aka "Morgan Rockwell," aka "Metaballo," with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct a financial transaction affecting interstate or foreign commerce involving property

JIS:nlv:San Diego
11/7/17

represented by a law enforcement officer to be the proceeds of specified unlawful activity, to wit, exchanging $14,500 in U.S. currency represented to be proceeds of manufacturing and distributing "hash oil" (an oil containing tetrahydrocannabinols, a Schedule I Controlled Substance) in violation of Title 21, United States Code, Section 841(a)(1), for approximately 9.998 Bitcoins with a then-value of $9,208.62; all in violation of Title 18, United States Code, Section 1956(a)(3)(B).

### Count 2

[18 U.S.C. § 1960(a)]

From a date unknown to the grand jury and through on or about August 30, 2017, within the Southern District of California and elsewhere, defendant MORGAN ROCKCOONS, aka "Morgan Rockwell," aka "Metaballo," knowingly did conduct, control, manage, supervise, direct, and own at least part of an unlicensed money transmitting business affecting interstate and foreign commerce, which failed to comply with the money transmitting business registration requirements set forth in Title 31, United States Code, Section 5330, and the regulations prescribed thereunder; all in violation of Title 18, United States Code, Section 1960(a).

### FORFEITURE ALLEGATIONS

As a result of the commission of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant MORGAN ROCKCOONS, aka "Morgan Rockwell," aka "Metaballo," shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property involved in such offenses, and any property traceable to such property.

1  If any of the above-described forfeitable property, as a result of
2  any act or omission of the defendant:
3     a.  cannot be located upon the exercise of due diligence;
4     b.  has been transferred or sold to, or deposited with, a
5         third party;
6     c.  has been placed beyond the jurisdiction of the Court;
7     d.  has been substantially diminished in value; or
8     e.  has been commingled with other property which cannot be
9         subdivided without difficulty;
10 it is the intent of the United States, pursuant to Title 21, United
11 States Code, Section 853(p), as incorporated by Title 18, United States
12 Code, Section 982(b)(1), to seek forfeiture of any other property of the
13 defendant up to the value of the property listed above as being subject
14 to forfeiture.
15 All in violation of Title 18, United States Code, Section 982.
16    DATED: November 8, 2017.
17                                          A TRUE BILL:
18
19                                          _____
                                            Foreperson
20 ALANA W. ROBINSON
   Acting United States Attorney
21
22 By: /s/ Jonathan I. Shapiro          I hereby attest and certify on 11-8-2017
23    JONATHAN I. SHAPIRO               That the foregoing document is a full, true and correct
      Assistant U.S. Attorney           copy of the original on file in my office and in my legal
                                        custody.
24                                      CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA
25                                      By _____ Deputy
26
27
28

                            3