UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Morgan Rockcoons
Defendant.

Case # 2:18-MJ-0211-PAL
17cr 3690 AJB

**DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE**

The undersigned defendant hereby appoints David Z Chesnoff / Richard A Schonfeld specially to appear ~~generally~~ for him/her as his/her attorney and counselor at law throughout ~~all proceedings~~ Initial Appearance, Identity, Detention Hearing in this District's case unless this appointment be sooner revoked.

DATED: 2/12/18

Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then <u>ONLY</u> when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: 2/12/18

Attorney's signature

520 S. 4th St
Attorney's address

Lv, NV 89101

702-384-5563
Attorney's phone number

___ FILED  ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 12 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Revised 6/15/09