# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

DEBRA K. KEMPI                                             CYNTHIA K. JENSEN
DISTRICT COURT EXECUTIVE/CLERK                    CHIEF DEPUTY, LAS VEGAS

                                                                    JAKE HERB
                                                           CHIEF DEPUTY, RENO

3/6/2018

Clerk, U.S. District Court
Southern District of California
InterdistrictTransfer_CASD@casd.uscourts.gov

RE:      USA v.  Morgan Rockcoons
         Your Case No.  17CR3690-AJB
         Our Case No.  2:18-mj-00211-PAL

Dear clerk:

        Please be advised that the above-referenced defendant was arrested in the District of Nevada (Las Vegas)
on a warrant issued by the _____Southern District of California_____ and appeared before United States
Magistrate Judge ___Peggy A. Leen_____ on ___2/12/2018___.

☐ The Defendant has been detained and remanded to the custody of the United States Marshal for transport.

☑ The Defendant was released on a personal recognizance bond and ordered to appear in your court on
    _2/22/2018 at 2:00 pm_____.

    All documents completed in this district may be accessed via PACER and our website at
https://ecf.nvd.uscourts.gov.

Thank you.

**DEBRA K. KEMPI, CLERK**
By:


 /s/ Molly Morrison
_____
Deputy Clerk



Date Received:_____

Received by:_____